IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DANIEL J. CARWILE,                              )
                                                )
                 Plaintiff,                     )
                                                )
         v.                                     )         CIVIL ACTION NO. 2:10CV456-SRW
                                                )                    (WO)
MICHAEL J. ASTRUE, Commissioner                 )
of Social Security,                             )
                                                )
                 Defendant.                     )

**JUDGMENT**

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is

REVERSED and this action is REMANDED for further proceedings.

DONE, this 30th day of June, 2011.


                                   /s/ Susan Russ Walker
                                   SUSAN RUSS WALKER
                                   CHIEF UNITED STATES MAGISTRATE JUDGE